IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 07:16-cv-00390-BO

NRG Energy Services LLC and NRG Maintenance Services LLC )
Plaintiff(s), )
)
vs )
)
Georgia Renewable Power, LLC et al. )
Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Georgia Renewable Power, LLC__ who is __Defendant__,
(name of party)           (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯      NO ●

2. Does party have any parent corporations?

   YES ●      NO ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
GreenFuels Energy, LLC

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯      NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ○      NO ●

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ○      NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

N/A

Signature: Charlotte A. Mitchell

Date: December 12, 2016

[Finalize Form] [Reset Form]